

RECEIVED
AND FILED

2009 APR 29 PM 1:11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In Re: SHANE & SHAWN DUNCAN
Case No. 05-17309

ACCT#7061591024691890
CHEVRON
Chapter 13

Debtor(s) )
_____)

NOTICE OF CHANGE OF MAILING AND
CHAPTER 13 PAYMENT RECEIVING ADDRESS

NOW COMES the creditor GE Money Bank before this Court to give notice to all parties in interest of a change in mailing address and Chapter 13 payment address for the above referenced case. Effective immediately the new address for all notices and correspondence will be:

GE Money Bank
PO Box 103104
Roswell, GA 30076

All Chapter 13 payments should be sent to the following address:

GE Money Bank
PO Box 105980
Atlanta, GA 30348

Respectfully submitted to this Court on the 27th day of April 2009.

Tina White
Bankruptcy Specialist
GE Consumer Finance