Entered on Docket
March 18, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
09-75870 / 8020767003

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Shane A. Duncan and Shawn K. Duncan

Debtors.

BK-S-05-17309-bam

MS Motion No.
Date: March 2, 2010
Time: 1:30 PM

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 1 Monthly Payments(s) at $1,119.91 (November 1, 2009 - November 1, 2009) | $1,119.91 |
| 4 Monthly Payments(s) at $1,126.98 (December 1, 2009 - March 1, 2010) | $4,507.92 |
| Property Preservation | $165.00 |
| Foreclosure Fees and Costs | $1,756.48 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| BPO Fee | $95.00 |
| Accrued Late Fees | $1,330.34 |
| Suspense Amount | ($17.64) |
| Total | $9,857.01 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,642.84 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2010 payment and continuing throughout and concluding on or before July 20, 2010. The sixth final payment in the amount of $1,642.81 shall be paid on or before August 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the April 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 2050 South Idaho Street, Pahrump, NV 89048, and legally described as follows:

LOT EIGHTY-NIE (89) IN BLOCK SIX(6) OF CALVADA VALLEY UNIT NO. 4B, AS SHOWN BY MAP THEREOF RECORDED JULY 5, 1972 AS DOCUMENT NO. 33044, IN THE OFFICE OF THE COUNTY RECORDER OF NYE COUNTY, EXCEPTING THEREFROM ALL OF ITS RIGHT, TITLE AND INTEREST.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an

1  attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
2  (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
3  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
4  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
5  State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
   GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
   212 South Jones Boulevard
   Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By _____ 3-12-10

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

David M. Crosby

By _____

David M. Crosby
Attorney for Debtors
711 South 8th Street
Las Vegas, NV 89101

Nevada Bar No. 3499